UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO. 3:22-cv-5281-MCR-MJF

DANIEL LUGO,

      Plaintiff,

v.

SILVER DUNES CONDOMINIUM
OF DESTIN, INC.,

      Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his or its own fees and costs except as otherwise agreed.

                                              s/Drew M. Levitt
                                              DREW M. LEVITT
                                              Florida Bar No. 782246
                                              drewmlevitt@gmail.com
                                              LEE D. SARKIN
                                              Florida Bar No. 962848
                                              LSarkin@aol.com
                                              4700 N.W. Boca Raton Boulevard
                                              Suite 302
                                              Boca Raton, Florida 33431
                                              Telephone (561) 994-6922
                                              Attorneys for Plaintiff